UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> SIGNKRAFTERS LLC <br><br> Defendant | CIVIL NO.  20-01382 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on March 11, 2020.  The summons issued on March 12, 2020 was not received by our office.

                                      Respectfully submitted,

                                      KML Law Group, P.C.

                                      By: /s/Rebecca A. Solarz, Esq.
                                      Rebecca A. Solarz, Esquire
                                      Suite 5000 – BNY Independence Center
                                      701 Market Street
                                      Philadelphia, PA  19106-1532
                                      (215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff<br><br>vs.<br><br>SIGNKRAFTERS LLC<br><br>     Defendant | CIVIL NO. 20-01382 |

  I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

    SignKrafters LLC
    231 Old Philadelphia Pike
    Douglassville, PA 19518

by mailing a true and correct copy thereof, postage prepaid, on this 2 day of April, 2020.

          Respectfully submitted,

          KML Law Group, P.C.


          By: /s/Rebecca A. Solarz, Esq.
          Rebecca A. Solarz, Esquire
          Suite 5000 – BNY Independence Center
          701 Market Street
          Philadelphia, PA  19106-1532
          (215) 825-6327